IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RICHARD OBENAUF,

    Plaintiff,

v.                                                                            No. 12-CV-157

ALLIED INTERSTATE, LLC,

    Defendant.

## STIPULATION OF DISMISSAL

Plaintiff Richard Obenauf dismisses with prejudice all claims that he brought or could have brought in this lawsuit, including his claim for attorney fees and costs, pursuant to FRCP 41(a)(1)(i). The Parties have reached a settlement. The Parties shall each bear their own attorney fees and costs. Defendant has not yet entered an appearance or filed a pleading.

Respectfully submitted,

TREINEN LAW OFFICE PC

_____
ROB TREINEN
500 Tijeras Ave NW
Albuquerque, New Mexico 87102
(505) 247-1980
(505) 843-7129 (fax)